UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 05-06110-RMT(MANx)** | Date | **September 29, 2008** |
|---|---|---|---|
| Title | Anthony K. Hart, et al. -v- Gregory Gaione, et al. | | |

| Present: The Honorable | ROBERT M. TAKASUGI, SENIOR U. S. DISTRICT JUDGE |
|---|---|

| Linda Williams | Not Reported | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|
| Joseph Reichmann, Jr.<br>Marion R. Yagman. | Robyn-Marie L. Monteleone, AUSA. |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than October 27, 2008, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   ●     Third Amended Complaint

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Parties

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | ljw |